UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CHAD LEE REDDER,

       Petitioner,

Case No. 1:24-cv-1002

v.

Honorable Ray Kent

BRYAN MORRISON,

       Respondent.

_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's "motion to hold habeas petition in abeyance" (ECF No. 3) is **DENIED.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

Dated: October 24, 2024

/s/ Ray Kent
Ray Kent
United States Magistrate Judge