UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

CHAD LEE REDDER,

        Petitioner,                    Case No. 1:24-cv-1002

v.                                        Honorable Ray Kent

BRYAN MORRISON,

        Respondent.

_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:  October 24, 2024                    /s/ Ray Kent
                                                      Ray Kent
                                                      United States Magistrate Judge